PROB 12C
(6/16)

Report Date: March 1, 2017

# United States District Court

### for the

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

**Mar 02, 2017**

### Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Lucas James Hovey | Case Number: | 0980 2:09CR06089-EFS-1 |
| Address of Offender: | | Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: May 13, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. § 5841 | | |
| Original Sentence: | Prison - 80 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office-Yak | Date Supervision Commenced: | January 27, 2017 |
| Defense Attorney: | Federal Public Defender-Yak | Date Supervision Expires: | January 26, 2020 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: On February 27, 2017, the undersigned officer received a voice mail from the client in which he indicated that he had used methamphetamine while at the Spokane Residential Reentry Center (RRC), and that he wanted to "face up." Later that date, community contact was made with the client at the Spokane Transit Authority Plaza in Spokane, Washington, at which time the client again reiterated and confirmed his use of methamphetamine while at the Spokane RRC on February 26, 2017. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 1, 2017

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

**Prob12C**
**Re: Hovey, Lucas James**
**March 1, 2017**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea* (signature)

Signature of Judicial Officer

March 2, 2017

Date