PROB 12C
(6/16)

Report Date: July 7, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2017

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lucas James Hovey | Case Number: 0980 2:09CR06089-EFS-1 and 0980 2:10CR02054-EFS-1 |
| Address of Offender:       th      Union Gap, WA 98903 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Original Offense: | 2:10CR02054-EFS-1  Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)<br>2:09CR06089-EFS-1  Possession of an Unregistered Firearm, 26 U.S.C. § 5841 |
| Sentence:<br>2:09CR06089-EFS-1<br>(May 13, 2010) | Prison - 80 months;<br>TSR - 36 months |
| 2:10CR02054-EFS-1<br>(December 3, 2010) | Prison - 85 months;<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Laurel Holland | Date Supervision Commenced: January 27, 2017 |
| Defense Attorney: Alison K. Guernsey | Date Supervision Expires: January 26, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **2:09CR06089-EFS-1 Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**2:10CR02054-EFS-1 Special Condition #2**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Hovey's conditions were reviewed with him on February 7 and March 2, 2017. He signed his conditions acknowledging an understanding of his conditions which includes special condition numbers 2 and 17, as noted above.

Mr. Hovey violated his terms of supervised release in the District of Arizona on or about June 12 and 21, 2017, by consuming methamphetamine. Mr. Hovey reported to United

Prob12C
Re: Hovey, Lucas James
July 7, 2017
Page 2

    States Probation Officer (USPO) Donald Rogan and admitted to consuming methamphetamine prior to reporting on June 12 and 21, 2017.

2  **2:09CR06089-EFS-1 Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer.

  **2:10CR02054-EFS-1 Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation office and you must report to the probation officer as instructed.

  **Supporting Evidence**: Mr. Hovey's conditions were reviewed with him on February 7 and March 2, 2017. He signed his conditions acknowledging an understanding of his conditions which includes standard condition numbers 2 and 3, as noted above.

  On June 23, 2017, Mr. Hovey was directed by USPO Donald Rogan and this officer to return to the Eastern District of Washington. He was also directed to report to the probation office in Yakima, Washington, by June 30, 2017.

  Mr. Hovey called this officer on June 29, 2017. Mr. Hovey stated he was having car trouble and could not make it to the Eastern District of Washington by June 30, 2017. This officer allowed Mr. Hovey an additional week to report and he was directed to report in Yakima, Washington, by July 7, 2017. Mr. Hovey failed to report as directed and has not contacted this officer to explain why he did not report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on:  July 7, 2017

          s/ Phil Casey

          Phil Casey
          U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea* (signature)

Signature of Judicial Officer

July 10, 2017

Date